# EXHIBIT A

# CIVIL COURT OF THE CITY OF NEW YORK
# SMALL CLAIMS PART
# STATEMENT OF CLAIM

INSTRUCTIONS: Place only ONE letter or number in each space and leave a blank space between words.

(FOR OFFICE USE ONLY)

N

1692 NSC 2019

HERSKOVIC YEHUDA vs. TAP AIR POR[TUGAL]

Your Case is Scheduled for:
Tuesday, September 17, 201[9]

## I. CLAIMANT'S INFORMATION

- (Your) LAST NAME: HERSKOVIC
- FIRST NAME: YEHUDA
- MIDDLE INITIAL:
- ADDRESS (NO P.O. BOX): 225 ROSS ST
- BOROUGH, CITY, TOWN OR VILL.: BROOKLYN
- STATE: NY
- ZIP: 11211
- OTHER INFO [Doing Business As] [In Care Of] [Attention To] Circle One:
- PHONE NO.: 347 731 8818

CERT'D #

## II. DEFENDANT'S INFORMATION*

- (Their) LAST NAME (or Full Business Name): TAP AIR PORTUGAL / PORTUGAL US CHAMBER COMMERCE
- FIRST NAME:
- MIDDLE INITIAL:
- ADDRESS (NO P.O. BOX): 590 5TH AVE #4
- BOROUGH CITY, TOWN OR VILL.: NEW YORK
- STATE: NY
- ZIP: 10036
- OTHER INFO: PORTUGAL US CHAMBER-COMMERCE
- [Doing Business As] [In Care Of] (Attention To) Circle One
- PHONE NO.: 212 354 4627

COA CODE: MISC

CLAIM AMT: $ 990

FEE

STANDARD FEE
☐ CLAIMANT V. DEFENDANT

NO FEE
☐ DEFENDANT V. THIRD PARTY
☐ CLAIMANT V. ADD'L DEFENDANT

POSTAGE ONLY
☐ WAGE CLAIM TO $300

## III. CLAIM

- Amount Claimed: $ 990 (Maximum $5,000)
- Date of Occurrence or Transaction: 05/06/2019
- Place of occurrence, if Auto Accident:

LANGUAGE

DATE DATA ENTERED

DATE NOTICES MAILED

PRIMARY REASON FOR CLAIM (Check One):

| | | | | |
|---|---|---|---|---|
| Damage caused to: | automobile | other personal property | real property | person |
| Failure to provide: | proper repairs | proper services | proper merchandise | goods paid for |
| Failure to return: | security | property | deposit | money loaned |
| Failure to pay: | salary | for services rendered | insurance claim | |
| | rent | commissions | for goods sold and delivered | |
| Breach of: | contract | lease | warranty | agreement |
| Loss of: | luggage | property | time from work | use of property |
| Returned: | check (bounced) | check (stopped) | | |

Other: (Be brief) OVER CHARGED MY CREDIT CARD & DIDENT PROVIDE PROPER SERVICE

CASE TYPE:
MULTI DFT ☐   CTR/CLM ☐
3 PARTY ☐   CRS/CMPLT ☐

FIRST DATE

IDENTIFYING NUMBER(S) - (Receipt #, Claim #, Account #, Policy #, Ticket #, License #, Plate #(s)):

08/12/2019 Today's Date

Signature of Claimant or Agent

DAY COURT
☐ STATUTORY  ☐ OTHER

* DEFENDANT'S NAME: The legal name will be required in order to obtain an enforceable judgment. If the Defendant is a business, its full and correct business name should be obtained from the Office of the County Clerk in the county in which the business is located or check on the following website: www.dos.state.ny.us

DEFENDANT'S ADDRESS: YOU must indicate the proper street address of the Defendant. A Post Office Box is not acceptable.

CIV-SC-50 (Revised 7/05)   NOTE: If the Claim is a result of an automobile accident, the Claim must be OWNER against OWNER.

FREE CIVIL COURT FORM
No fee may be charged to fill in this form.
Form can be found at
http://www.nycourts.gov/courts/nyc/smallclaims/forms.shtml