# EXHIBIT B

# Civil Court of the City of New York

COUNTY OF __NY__

Small Claims/Commercial Claims Part

Herskovic, Yehuda

Claimant(s),

against

TAP Air Portugal

Defendant(s)

Index Number   S.C. __1692/19__

## NOTICE OF JUDGMENT

**DECISION:** After Trial/Inquest, the decision in the above action is as follows:

A. ☑ Judgment in favor of __Claimant__ .

___

Judgment Award Amount $ __618.02__
Interest From 5/9/19 $ __20.00__
Disbursements $ __15.00__
TOTAL JUDGMENT $ __653.02__

*When an Award has been granted,*
*information below the bold line and*
*on the reverse side applies to all parties.*

B. ☐ Judgment in favor of Defendant. Claim Dismissed. No monetary award.
*Information below the bold line and on the reverse side of this form does not apply to Dismissed Claims*

__9/17/19__
Date

Rita D Tartaglia
Judge, Civil Court/Arbitrator

**APPEAL:** An Appeal may only be taken from an Order or a Judgment rendered by a Judge (not an Arbitrator), after a trial.
An Appeal from this Judgment must be taken no later than the earliest of the following dates:
   (i) thirty days after receipt in court of a copy of the judgment by the appealing party,
   (ii) thirty days after personal delivery of a copy of the judgment by another party to the action to the
         appealing party (or by the appealing party to another party), or
   (iii) thirty-five days after the mailing of a copy of the judgment to the appealing party by the clerk of
         the court or by another party to the action.

## INFORMATION FOR THE JUDGMENT DEBTOR
*(The party against whom a money judgment has been entered)*

**YOU HAVE A LEGAL OBLIGATION TO PAY THIS JUDGMENT TO THE JUDGMENT CREDITOR.**
**YOU MUST PRESENT PROOF TO THE COURT UPON SATISFACTION OF THE JUDGMENT.**
   Your failure to pay the judgment may subject you to any one or any combination of the following:
      a) garnishment of wage(s) and/or bank account(s).
      b) lien, seizure and/or sale of real property and/or personal property, including automobile(s)
      c) suspension of motor vehicle registration, and/or drivers license, if the underlying claim is
          based on judgment debtor's ownership or operation of a motor vehicle.
      d) revocation, suspension, or denial of renewal of any applicable business license or permit..
      e) investigation and prosecution by the State Attorney General for fraudulent or illegal business practices.
      f) a penalty equal to three times the amount of the unsatisfied judgment plus attorney's fees, if there are
          unpaid claims.

   If you did not appear in court on the day the Hearing was held, you are a defaulting party. A judgment may have been
taken against you even though you were not in court. If that is so, you may come to the court and apply in writing to have the default
judgment opened. You must give the Judge a reasonable excuse for your failure to appear in court and show that you have a meritorious
defense. The Judge will review your request and may vacate the default judgment and give you another chance to go to court.

**THE JUDGMENT IS VALID FOR A PERIOD OF 20 YEARS. IF THE JUDGMENT IS NOT COLLECTED**
**UPON THE FIRST ATTEMPT, FURTHER ATTEMPTS TO COLLECT MAY BE MADE AT A LATER DATE.**

**("INFORMATION FOR THE JUDGMENT CREDITOR"** is on the reverse side.)

CIV-SC-92 (Revised, October, 2000)