# EXHIBIT C

ATT

JOANA



OCT/23/2019

DEAR JOANA AS REP. FOR TAP PORTOGAL

ON SEP 24 OR 25 I HAVE BEEN ON PHONE WITH YOU ABOUT MY SITUATION WITH MY ~~FINAL~~ ITINERARY (UMSHFB) AND (W9KTOZ)

1) I WAS DENIED BOARDING ON PLANE UNTIL YOU CHARGED MY CREDIT CARD 2360.00$ AND

2) AT LISBON AIR PORT I WAS BUMT FOR OVER 4 HOURS

3) ON RETURN AT BRUSSELS AIRPORT YOU DENIED ME AGAIN BOARDING UNTIL YOU CHARGD MY CAR 618,02$

A) THE CHARGE OF 2360.00$ WAS CREDIT BACK RIGHT AWAY

B) BUT THE 618,02 I WAS WITH THE CREDIT CARD BACK AN FORTH FOR MONTHS YOU REFUSED TO CREDIT BACK FOR MONTHS SPENDING HOURS WITH MY CREDIT CARD COMPANGY AND SENDING DOCUMENTS EMAIL YOU RESPONDED THAT I WAS A NO SHOW THAT A BOGUS LIE BOTH WAY'S I WAS ON TIME AT CHECK IN FROM NEWAR AND SO FROM BRUSSELS CAUSING ME PAIN AN FRUSTERASION AN MONEY FOR DOCUMENTS AND MAILING AD HOURS AND HOURS

C) FINALY I FILED A SMALL CLAIM IN NYC COURT AND YOU DID NOT APEAR I WAS GIVEN A JUDGMENT AGAINST TAP AIR PORTUGAL I CALLD YOU WE DISCOUSD THE JUDGMENT YOU INSISTED GETING ORIGENAL JUDGMENT CAUSING ME MORE PAIN AND HEADAKCE SO I TOLD YOU I GIVE YOU UNTILL FRIDAY THE 27 IF YOU NOT RESPONDING TO THE JUDGMENT

THEN I WILL FILE A CLAIM FOR THE WHOLE SITUATION THE PAIN AN HEADACKE YOU CAUSED ME AN SPECIFIC THE BUMPING FOR MORE THAN 4 HOUR IN A WHEEL CHAIR BUMPING ALONE IS WORTH 500 EURO ABOUT 680 $ SO BEFORE I FILE A CLAIM IN COURT I WOULD LIKE TO GIVE YOU A SECOND CHANCE TO SATELE THE BUMPING AND HEADACKE FOR ADISENAL 1000 $

I DID RECEIVE THE 653.00 $ CHECK BUT YOU DID NOT RESPOND BY THE 27 AS I TOLD YOU THE CHEK I RECEIVED THE 16 OR 17 OF OCT ALMOST THREE WEEK LATER I WANT TO SETEL ALL OF IT THE BUMPING AND THE HARASMENT FOR 1000 $ AND THAT ENDS THE WHOLE JOURNEY I HAVE NOT FILED JET THE CLAIM I HAVE PREPARD IT IF I DONT HEAR FROM YOU BY THE 25 OF OCT I WILL FILE IT IN COURT FRIDAY THE 25 THIS IS THE LAST CHANCE TO END IT

YEHUDA HERSKOVIC

347 731 8818

CIVIL COURT OF THE CITY OF NEW YORK      APPLICATION FOR A SUMMONS

## PARTIES

PLAINTIFF: Please print your name, complete address, including your apartment number (no P.O. box number) and telephone number. [Please note: If the claim is based on an auto accident, the claim must be *Owner* against *Owner*]. A Corporation must be represented by an attorney.

YEHUDA HERSKOVIC
303 MARCY AVE 2A
BROOKLYN NY 11211

DEFENDANT(S): Please print the full legal name and street address (no P.O. box number) of the party(ies) you are suing. Indicate whether you are suing this party as a person or a business. [Please note: If you are suing a business, indicate whether it is a partnership, a corporation or an individual with a business certificate. This information can be obtained in the County Clerk's Office in the county in which the business is located. Failure to check this information may result in a judgment which cannot be executed.]

TAP AIR PORTUGAL
1037 RAYMOND BLVD SUITE 1510
NEWARK NJ 07102

## CLAIM

**REASON FOR CLAIM:**

| | | | |
|---|---|---|---|
| Damage cause to: | ☐ automobile | ☐ person | ☐ property other than automobile |
| Failure to provide: | ☐ repairs | ☐ proper service | ☐ goods ordered |
| Failure to return: | ☐ security | ☐ property | ☐ deposit   ☐ money |
| Failure to pay for: | ☐ wages  ☐ rent | ☐ services rendered  ☐ commissions | ☐ insurance claim   ☐ money loaned  ☐ goods sold and delivered |
| Breach of: | ☐ contract | ☐ lease | |
| Loss of: | ☐ luggage | ☐ property | ☐ time from work   ☐ use of property |
| Returned: | ☐ check (bounced) | ☐ merchandise (not reimbursed) | |

Other: (Be brief)

FALSLY CHARGED MY CARD AND BUMPT ME OFF PLANE MORETHAN 4 HOURS AND CHARG-D MY CARD 2360$ AN 618.02$ AN TWICE MADE ME PAY AGAIN FOR RESERVED TICKET AND

DETAILS OF CLAIM: WAS PAID FOR

Amount of Claim: (Limit $25,000 for each Cause of Action) $ 10,000.00$

Date of Occurrence: MAY 6-7/2019 AND MAY 9 2019

Place of Occurrence: (NEWARK) (LISBON) (BRUSSELS)

If Car Accident: YOUR license plate # _____ DEFENDANT'S license plate # _____

Identifying Number(s) (UM5HFB)(047729 744 2624)(W9KTOZ)(047729 745 2108)
(Receipt #, Claim #, Account #, Policy #, Ticket #, etc.)

_____     X_____
Date                                                    Signature of Plaintiff

CIV-GP-59 (Revised 7/10)

HERSKOVIC/YEHUDA MR    BOARDING PASS                         AIRPORTUGAL
0472169314378                                                A STAR ALLIANCE MEMBER
LH

| TP202 | NEW YORK (Terminal 8) |  |  | ✈ LISBON |  | BOARDING ZONE | ENTITLED TO |
|---|---|---|---|---|---|---|---|
| DATE | DEPARTURE | BOARDING | GATE | CLASS | SEAT |  |  |
| 06 MAY 19 | 22:00 | 17:15 |  |  | 14D | A |  |

| TP646 | LISBON (Terminal 1) |  |  | ✈ BRUSSELS |  | BOARDING ZONE | ENTITLED TO |
|---|---|---|---|---|---|---|---|
| DATE | DEPARTURE | BOARDING | GATE | CLASS | SEAT |  |  |
| 07 MAY 19 | 07:05 | 06:25 |  |  |  | A |  |

Verifique a porta de embarque no aeroporto/Check gate at airport
Porta fecha 30min antes de partida/Gate closes 30min before departure
BOARDING AREA S

---

HERSKOVIC/YEHUDA MR    BOARDING PASS                         AIRPORTUGAL
0472169314378                                                A STAR ALLIANCE MEMBER
LH

| TP648 | LISBON (Terminal 1) |  |  | ✈ BRUSSELS |  | BOARDING ZONE | ENTITLED TO |
|---|---|---|---|---|---|---|---|
| DATE | DEPARTURE | BOARDING | GATE | CLASS | SEAT |  |  |
| 07 MAY 19 | 11:05 | 10:25 |  |  | 28L | A |  |

Verifique a porta de embarque no aeroporto/Check gate at airport
Porta fecha 30min antes de partida/Gate closes 30min before departure
BOARDING AREA S