# EXHIBIT D

### Check Image

| | |
|---|---|
| Item Reference | 32274 |
| Amount | $653.02 |



| | |
|---|---|
| Item Reference | 32274 |
| Amount | $653.02 |

