**AMENDED AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                           ) ss:
COUNTY OF NEW YORK   )

      Robin Todd, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, and resides in Yonkers, New York. That on the 16th day of December 2020 deponent served a true copy of the within **Local Civil Rule 12.1 Notice To Pro Se Litigant Who Opposes A Rule 12 Motion Supported By Matters Outside The Pleadings** upon:

    Mr. Yehuda Herskovic
    303 Marcy Avenue, Apt. 2A
    Brooklyn, NY 11211
    yhm1234@yahoo.com

via e-mail. Due to the early closure of the Post Office because of inclement weather on December 16, 2020, deponent deposited same enclosed in a postpaid properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York on December 17, 2020.

*Robin Todd*
_____
ROBIN TODD

Sworn to before me this
18th day of December 2020

_____
Notary Public

> ZOILA CEDENO
> Notary Public, State of New York
> No. 01CE5004983
> Qualified in Queens County
> Commission Expires March 6, 2023