Case Name: HERSKOVIC v. TAP    Case Number: 1:2(...) CV - 00177 ( EK ) (PK)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

*RECEIVED JAN 25 2021 PRO SE OFFICE*

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | | | 1/26/2021 |
| 2. Rule 26(a)(1) disclosures exchanged | | | 2/1/2021 |
| 3. Requested: | | | |
|    a. Medical records authorization | | N/A | |
|    b. Section 160.50 releases for arrest records | | N/A | |
|    c. Identification of John Doe/Jane Doe defendants | | N/A | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | N/A | |
| 5. Confidentiality Order to be submitted for court approval (see Standing Confidentiality Order on the Chambers website) | | N/A | |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | | 1/25/2021 |
| 2. Defendant to make settlement offer | | | 1/25/2021 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | N/A | |
| 4. Settlement Conference (proposed date) | | | 1/26/2021 |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | N/A | N/A |
| 2. Initial documents requests and interrogatories | | | 2/3/2021 |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | 2/18/2021 |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 2/19/2021 |

Rev. 11-03-20

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| 5. Expert discovery (only if needed) | | | *Check here if not applicable* ■ | |
| Plaintiff expert proposed field(s) of expertise: | | | | |
| Defendant expert proposed field(s) of expertise: | | | | |
| | a. Affirmative expert reports due | | N/A | |
| | b. Rebuttal expert reports due | | N/A | |
| | c. Depositions of experts to be completed | | N/A | |
| 6. Completion of ALL DISCOVERY (if different from C.3) | | | N/A | |
| 7. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | | 2/22/2021 |
| 8. If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | | | N/A | |
| 9. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | N/A | |

## D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | | |
|---|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | | ☐ Yes ■ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | | ☐ Yes ■ No |

## E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | | | | |
|---|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | | N/A | |
| | a. Response due | | | |
| | b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | N/A | |
| | a. Response due | | | |
| | b. Reply due | | | |

This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.

SO ORDERED:

_____          _____
**PEGGY KUO**                                             Date
United States Magistrate Judge

Rev. 11-03-20



PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

**UNITED STATES POSTAL SERVICE**®

FROM:

YEHUDA HERSKOVIC
PRO SE

# PRIORITY MAIL®

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

To schedule free Package Pickup, scan the QR code.



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 22 2021 ★
BROOKLYN OFFICE

TO:



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.