UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEHUDA HERSKOVIC, | : |
| Plaintiff, | : |
| v. | Case No.: 1:20-cv-00177 (EK) (PK) |
| TRANSPORTES AEREOS PORTUGUESES, S.A., | : |
| Defendant. | : |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Plaintiff and attorney for Defendant, that the above-entitled action is hereby dismissed with prejudice and without costs to either party.

IT IS FURTHER STIPULATED AND AGREED by and among the undersigned that the Court shall retain jurisdiction over the parties to enforce the settlement.

Date: March 22, 2021                                Respectfully submitted,

By:  /s/ Yehuda Herskovic            By:  /s/ Jonathan E. DeMay

    Yehuda Herskovic                     Jonathan E. DeMay (JD 3604)
    yhm1234@yahoo.com                    jdemay@condonlaw.com
    303 Marcy Avenue, Apt. 2A            CONDON & FORSYTH LLP
    Brooklyn, NY 11211                   7 Times Square, Suite 1800
                                         New York, NY 10036
    *Plaintiff*                          Tel.: 212-490-9100
                                         Fax.: 212-370-4453

                                         *Counsel for Defendant*
                                         Transportes Aéreos Portugueses, S.A.

SO ORDERED:

_____
Honorable Eric R. Komitee
United States District Judge


Dated: _____ \_\_, 2021

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK   )

Robin Todd, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, and resides in Yonkers, New York. That on the 22nd day of March 2021 deponent served a true copy of the within **Stipulation and Order of Dismissal with Prejudice** upon:

Mr. Levi Huebner, Esq.
488 Empire Boulevard, Suite 100
Brooklyn, NY 11225
Tel:  (212) 354-5555
newyorklawyer@msn.com

via e-mail.

*Robin Todd*
ROBIN TODD

Sworn to before me this
22nd day of March 2021

_____
Notary Public

BEATRIZ ROMERO
Notary Public, State of New York
No. 01RO6176808
Qualified in Orange County
Commission Expires November 5, 20 23